# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 246 DB 2018  (No. 18 RST 2019) |
| | : | |
| | : | |
| KIMBERLEY ANN KARDELIS | : | Attorney Registration No.  63827 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
|   FROM RETIRED STATUS | : | (Cumberland County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 25th day of February, 2019, the Report and Recommendation of Disciplinary Board Member dated February 11, 2019, is approved and it is ORDERED that Kimberley Ann Kardelis, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.